UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE BEALL, #36548 ) ) | |
| Plaintiff, ) | 3:11-cv-00033-ECR-RAM |
| vs. ) ) | **ORDER** |
| NEVADA DEPARTMENT ) OF CORRECTIONS, *et al.*, ) ) | |
| Defendants. ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On March 16, 2011 the court entered an Order dismissing plaintiff's complaint with prejudice (docket #3), and judgment was entered (docket #5). While not entirely clear, in his motion filed September 16, 2011 (docket #8), plaintiff appears to state that he never received a copy of the judgment. Accordingly, the Clerk shall send one copy of the judgment entered March 16, 2011 (docket #5) to plaintiff at his address of record.

**IT IS THEREFORE ORDERED** that plaintiff's motion for judgment order (docket #8) is **GRANTED**.

1 **IT IS FURTHER ORDERED** that Clerk shall send to plaintiff at his address of record
2 one copy of the judgment entered in this case (docket #5).

DATED this 3rd day of October 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE