UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD WAYNE BEALL, | ) | 3:11-CV-0033-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 29, 2012 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to unfreeze plaintiff account (#23) is **DENIED**. The court is unclear as to the reason and the amount of time plaintiff's account was frozen. However, it appears that plaintiff was unhindered in litigating his case to conclusion and processing an appeal in this matter.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
                Deputy Clerk